ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRISTINE CHEN (CABN 327581)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7291
    FAX: (415) 436-7027
    christine.chen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:23-MJ-71816-MAG |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| WILMAR DELEON, | |
| Defendant. | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above complaint against WILMAR DELEON.

DATED: December 20, 2023                                Respectfully submitted,

                                                                          ISMAIL J. RAMSEY
                                                                          United States Attorney


                                                                          */s/ Matthew Yelovich*
                                                                          MATTHEW YELOVICH
                                                                          Deputy Chief, Criminal Division

1  Leave is granted to the government to dismiss the complaint against WILMAR DELEON.

2

3

4  Date:  December 20, 2023

    _____
    HON. ALEX G. TSE
5   United States Magistrate Judge